# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:23-cv-98 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| WALTER SAMMONS, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 20)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Motion for Leave to File Amended Complaint (Doc. 15) is **GRANTED IN PART** as to Plaintiff's First Amendment retaliation claim against Defendant Hadinger and **DENIED IN PART** as to Plaintiff's remaining claims;

2. The Clerk of Court is **DIRECTED** to file Plaintiff's Complaint (Doc. 5) and Plaintiff's proposed amended complaint (Doc. 15, Pg. ID 193-249) in one document (Plaintiff's Amended Complaint) on the docket; and

3. Plaintiff is **ORDERED** to submit to the Court a completed summons form and U.S. Marshal form for Defendant Hadinger within thirty (30) days of this Order. For Plaintiff's convenience, the Clerk of Court is **DIRECTED** to send Plaintiff a summons form and U.S. Marshal form along with this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND